```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBALDO MENESES,

                Plaintiff,

v.

CVS ALBANY, LLC,

                Defendant.

No. 21-CV-11047 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court held an initial conference in this case on February 11, 2022. At that conference, the parties stated that they consented to proceed before a magistrate judge for the remainder of the action. The Court directed the parties to complete this Court's "Consent to Proceed Before U.S. Magistrate Judge" form and to either submit it to the Clerk's Office by mail or email it to judgments@nysd.uscourts.gov for this Court's signature. To date, the Court has not received that form. The parties shall submit that form for the Court's signature as soon as possible or submit a letter explaining that they no longer consent to proceed before a magistrate judge.

SO ORDERED.

Dated:    February 28, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge