UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022
```

Ubalto Meneses,

                       Plaintiff,

       -against-

CVS Albany LLC,

                       Defendant.

1:21-cv-11047 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Thursday, March 10, 2022, at 11:00 a.m. EST to discuss the status of this action and the parties' proposed Case Management Plan. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
               March 3, 2022

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge