UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ubalto Meneses,

                Plaintiff,

-against-

CVS Albany LLC,

                Defendant.

1:21-cv-11047 (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on October 31, 2022. (*See* 7/12/22 Mem. End., ECF No. 19.) It is hereby Ordered that, no later than Tuesday, November 8, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

DATED:    New York, New York
              November 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge