```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ubalto Meneses,

                Plaintiff,

    -against-

CVS Albany LLC,

                Defendant.

1:21-cv-11047 (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, November 14, 2022, at 3:00 p.m. to discuss the joint status report filed at ECF No. 23. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                 November 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge