```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ubalto Meneses,

                         Plaintiff,

      -against-

CVS Albany LLC,

                        Defendant.

1:21-cv-11047 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on January 31, 2023. (*See* 11/14/2022 Order, ECF No. 25.) It is hereby Ordered that, no later than Wednesday, February 8, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

DATED:    New York, New York
              February 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge